

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-17-00631-CV

**IN RE** Cynthia S. **HALE**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:        Patricia O. Alvarez, Justice
                   Luz Elena D. Chapa, Justice
                   Irene Rios, Justice

Delivered and Filed:  December 13, 2017

PETITION FOR WRIT OF MANDAMUS DENIED

On October 10, 2017, Relator filed a petition for writ of mandamus. Relator also filed an emergency motion for stay. On October 12, 2017, this court granted Relator's motion and stayed all proceedings at the trial court. On November 29, 2017, this case was submitted by oral argument to this court. The court has considered the pleadings filed by the parties with the court, the argument of counsel, the record, and the relevant law, and is of the opinion the Relator is not entitled to the relief sought. Accordingly, we deny Relator's petition for writ of mandamus and lift the stay issued by this court on October 12, 2017. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2017-CI-16203, styled *In the Matter of the Marriage of Jennifer Hall and Cynthia Suzanne Hale, In the Interest of S.Z.H., R.A.H., and S.G.H., Children*, pending in the 57th Judicial District Court, Bexar County, Texas, the Honorable Stephani A. Walsh presiding.